# EXHIBIT B

<span style="color:red">Clash of the Titans</span>

# Sumner Redstone's $42 billion empire remains in his hands

*The media magnate who controls CBS and Viacom keeps his voting stakes*



Business and finance

May 10th 2016

AN ELDERLY patriarch in declining health, a spurned lover, and an empire in the balance—the lawsuit over the mental competency of Sumner Redstone, a business titan with controlling stakes in the media companies CBS and Viacom, had all the makings of a television soap series.

But the decision by a Los Angeles judge on May 9th to throw out a lawsuit brought

**Subscribe**: 12 weeks for $12
or sign up to enjoy 3 articles free

Get full access to *The Economist* via print, online and our apps or
sign up to enjoy 3 articles free.

Subscribe: 12 weeks for $12



Sign up: 3 articles per week

inRead invented by Teads

## Upgrade your inbox

Receive our Daily Dispatch and Editors'
Picks newsletters.

Email address

Sign up now

### Latest updates

The death of Cardinal Bernard Law brings back
painful memories for Bostonians
DEMOCRACY IN AMERICA

Catalonia's separatists are re-elected by a whisker
EUROPE

How Christmas evolved from raucous carnival to

The dismissal does not mean the drama is
nearing its finale, however. Already, Ms
Herzer has signalled her intention to
appeal against the ruling, and both sides
have announced plans to file a new round
of lawsuits against each other. Nor does the



She and Mr Dauman also sit on the family trust that stands eventually to assume control of Mr Redstone's ownership stake. That may well lead to another lively episode in the Redstone family drama when control reverts to the trust and gives Ms Redstone a shot at shaking up her father's empire. After this week's legal dismissal, that episode—and the clarity it could provide—must wait.

## You've seen the news, now discover the story

Get incisive analysis on the issues that matter. Whether you read each issue cover to cover, listen to the audio edition, or scan the headlines on your phone, time with *The Economist* is always well spent.

Enjoy 12 weeks' access for $12

\+ receive a free notebook

Case 1:17-cv-10070-LGS　Document 1-2　Filed 12/24/17　Page 5 of 6





The Economist

Topics ∨   Print edition   More ∨                           Subscribe   Log in or sign up ∨   Search

Clash of the Titans

# Summer Redstone's $42 billion empire remains in his hands

*The media magnate who controls CBS and Viacom keeps his voting stakes*



Business and Finance
May 12th 2016

AN ELDERLY patriarch in declining health, a spurned lover, and an empire in the balance—the lawsuit over the mental competency of Sumner Redstone, a business titan with controlling stakes in the media companies CBS and Viacom, had all the makings of a television soap series.

But the decision by a Los Angeles judge on May 9th to throw out a lawsuit brought by Manuela Herzer, one of the media tycoon's former romantic partners, puts that drama on hold for now. The abrupt dismissal, which came after videotape of Mr Redstone's profanity-peppered testimony was screened for the court last week, was a victory for the status quo. It means

Subscribe 12 weeks for $12          Sign up: 3 articles per week

